THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE COR-
NELL STEAMBOAT COMPANY, Respondent, *v.* ADDISON E.
DEDERICK, as Assessor of the City of Kingston, Appellant.

(Submitted October 3, 1899; reargument ordered November 21, 1899.)

REARGUMENT ordered upón the question whether there is
any authority in law for a deduction of the debts of a corpo-
ration in assessing its personal property for town, county and
municipal purposes.

---

ISABELLA S. MARBURY, as Administratrix of ANDROS B.
STONE, Deceased, Appellant, *v.* GEORGIANA C. STONE and
JOHN D. WOOD, as Executors of GEORGE F. STONE,
Deceased, et al.; Respondents, Impleaded with WILLIAM D.
MARVEL, Appellant.

*Marbury* v. *Stone,* 17 App. Div. 352, affirmed.
(Argued October 13, 1899; decided November 21, 1899.)

APPEAL by the plaintiff and by the defendant William D.
Marvel, from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered May
17, 1897, affirming a judgment entered upon the report of a
referee dismissing the complaint and settling the accounts of
George F. Stone, as trustee.

*William D. Marvel,* appellant, in person.

*William H. Gibson* for appellant Marbury.

*Alfred Jaretzki* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not sitting.